Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA** 08 APR 21 AM 10:19

CLERK: U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TIMOTHY D'ANGELO

vs

DONALD C. WINTER, SECRETARY OF THE NAVY

**SUMMONS IN A CIVIL ACTION**

BY DEPUTY

Case No.

'08 CV 0718 JAH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lloyd Edward Tooks
Attorney at Law
P.O. Box 153096
San Diego, CA 92195 (619) 264-6895

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 21 2008
DATE

J. PARIS (SEAL)

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)