# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

TIMOTHY D'ANGELO

vs

DONALD C. WINTER, SECRETARY OF THE NAVY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0718 JAH LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lloyd Edward Tooks
Attorney at Law
P.O. Box 153096
San Diego, CA 92195 (619) 264-6895

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 2 1 2008
DATE

By , Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service | |

Served personally upon the defendant. Place where served: ____________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

Return unexecuted:

Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: ____________

Date Signature of Server

____________

Address of Server

**<u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE</u>**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# DECLARATION OF SERVICE

RE: Timothy D'Angelo v. Donald C. Winter [Case No. 08 cv 0718-JAH (LSP)]

I, LLOYD EDWARD TOOKS, declare:

1. I am over the age of twenty-one (21) years, and I am not a party to the above-referenced action.

2. On April 21, 2008, I served the Summons and COMPLAINT in the above-referenced action on defendant Donald C. Winter by:

(a) personally delivering a true copy of the Summons and COMPLAINT to Mary Wiggins, a person employed in the office of the United States Attorney for the Southern District of California and designated by said United States Attorney to receive such service; and

(b) by mailing true copies of the Summons and COMPLAINT, certified, to,

Donald C. Winter
Secretary of the Navy
1000 Navy Pentagon
Washington, D.C. 20350-1000

and

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 21st day of April, 2008, at San Diego, California.

LLOYD EDWARD TOOKS