LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. John A. Houston<br>Hearing date : June 30, 2008<br>Hearing time : 2:30 p.m. |

Plaintiff TIMOTHY D'ANGELO hereby moves the Court for an order granting him summary judgment in the above-entitled action.

This motion is made on the grounds that there is no genuine issue as to any material fact, and Plaintiff is entitled to a judgment as a matter of law. See Rule 56(c).

This motion is based on, and supported at the outset by, attachments that include a memorandum of points and authority, a separate statement of material facts, and Plaintiff's declaration.

Dated: May 12, 2008.

LLOYD EDWARD TOOKS

s/ **LLOYD EDWARD TOOKS**
Attorney for Plaintiff
TIMOTHY D'ANGELO