KAREN P. HEWITT
United States Attorney
Southern District of California
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
28 U.S.C. 543
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7460
Facsimile: (619) 557-5004
melanie.andrews@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant. | No. 08cv0718 JAH(LSP)<br><br>NOTICE OF APPEARANCE (LIMITED) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter a limited appearance as lead counsel in the above-captioned case. This appearance is for the purpose of submitting an ex-parte request to the Court regarding the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

None

_____Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

None

Please call me if you have any questions about this case.

Respectfully submitted,

DATED: June 11, 2008

KAREN P. HEWITT
United States Attorney

/s/Melanie A. Andrews
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
melanie.andrews@usdoj.gov

Attorneys for Defendant
Secretary of the Navy