KAREN P. HEWITT
United States Attorney
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
28 U.S.C. 543
melanie.andrews@usdoj.gov
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7460

Attorneys for Defendant
Donald C. Winter, Secretary of the Navy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant. | Case No. 08cv0718 JAH(LSP)<br><br>DEFENDANT'S EX PARTE REQUEST TO HAVE MOTION FOR SUMMARY JUDGMENT TAKEN OFF CALENDAR OR IN THE ALTERNATIVE REQUEST FOR EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Defendant Secretary of the Navy, by and through his counsel, requests that Plaintiff's motion for summary judgment be taken off the Court's calender pending the Court's determine of whether it has jurisdiction over the lawsuit. In the alternative, Defendant requests a two week extension of the deadline to file Defendant's brief in opposition to the motion for summary judgment.

Defendant was served with the complaint on April 21, 2008 and its answer is not due until June 20, 2008. On May 12, 2008 Plaintiff served Defendant with a motion for summary judgment. Argument on the motion is scheduled for June 30, 2008, thus

Defendant's reply is due June 16, 2008, four days before Defendant's deadline to file an answer.

Defendant intends to enter a limited appearance with the Court at the end of this week to submit a motion to dismiss the complaint for lack of jurisdiction. In light of this jurisdictional challenge, Defendant requests that the Court take Plaintiff's motion for summary judgment off calendar pending the jurisdictional ruling. If the Court finds jurisdiction, Defendant would request an additional two weeks from the issuance of the ruling to file its brief in opposition of summary judgment.

If the Court decides to keep Plaintiff's motion on calendar, Defendant requests a two week extension, until June 30, 2008 to file its brief in opposition of summary judgment. The reason for the request is that Defendant's counsel was recently assigned as second chair for a Title VII jury trial that is scheduled for the week of June 16th.

During a discussion with Plaintiff's counsel, he determined that it was not in his client's best interest to agree to a joint request to take the summary judgment motion off calendar.

DATED: June 11, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Melanie A. Andrews
MELANIE A. ANDREWS
Special Assistant U.S. Attorney

Attorneys for Defendant
Secretary of the Navy

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO,<br>Plaintiff,<br>v.<br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br>Defendant. | Case No. 08cv0718 JAH(LSP)<br><br>DEFENDANT'S EX PARTE REQUEST TO HAVE MOTION FOR SUMMARY JUDGMENT TAKEN OFF CALENDAR OR IN THE ALTERNATIVE REQUEST FOR EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Defendant's request to have Plaintiff's summary judgment motion taken off the Court's calendar pending the outcome of the jurisdictional determination is GRANTED. If the Court finds jurisdiction, then Defendant will have 14 days from the issuance of the Court's ruling to file its brief in opposition of summary judgment.

IT IS SO ORDERED.

DATED: ____________________

______________________________
Hon. John A. Houston
United States District Judge

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO,<br>Plaintiff,<br>v.<br>DONALD C. WINTER, SECRETARY OF THE NAVY<br>Defendant. | Case No. 08cv0718 JAH(LSP)<br><br>DEFENDANT'S EX PARTE REQUEST TO HAVE MOTION FOR SUMMARY JUDGMENT TAKEN OFF CALENDAR OR IN THE ALTERNATIVE REQUEST FOR EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Defendant's request to have Plaintiff's summary judgment motion taken off the Court's calendar pending the outcome of the jurisdictional determination is DENIED. Defendant's request for a two week extension, to June 30, 2008, to file its brief in opposition to Plaintiff's summary judgment motion is GRANTED.

IT IS SO ORDERED.

DATED: ____________________

____________________________
Hon. John A. Houston
United States District Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant. | Case No. 08cv0718 JAH(LSP)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Melanie A. Andrews, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-titled action. I have caused service of:

Defendant's Ex-Parte request to take motion off calendar or for extension to file opposition to motion. (dated 6/11/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Lloyd E. Tooks, Esquire
402 W. Broadway, 4th Floor
San Diego, CA 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2008

s/Melanie A. Andrews
MELANIE A. ANDREWS