LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | ) | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE MOTION TO HAVE PLAINTIFF'S SUMMARY JUDGMENT MOTION TAKEN OFF CALENDAR OR ALTERNATIVELY FOR AN EXTENSION TO TIME TO FILE OPPOSITION TO THE SUMMARY JUDGMENT MOTION** |

On March 12, 2008, Plaintiff Timothy D'Angelo filed a motion for summary judgment, and supporting documents, in the above entitled action. Defendant's opposition to the motion, if any, is due June 16, 2008; and the motion is set for hearing on June 30, 2008. Defendant has now filed an ex parte motion to have Plaintiff's summary judgment motion taken off calendar, or, alternatively, for a two-week extension to file opposition to the motion. Plaintiff opposes Defendant's ex parte motion for the following two reasons.

First, Plaintiff's summary judgment motion was filed a full month ago. And Defendant has waited until three court days prior to the date on which his opposition is due to request that the motion be taken off calendar or, alternatively, that the hearing on

the motion be delayed based on the granting of an extension of time to file opposition. Defendant offers no reason why he could not make his jurisdiction contention a part of his opposition to Plaintiff's summary judgment motion. Nor does he offer a reason why he could not have raised his jurisdiction contention much earlier, in a motion to dismiss or motion for summary judgment.

Second, Plaintiff has been under an *indefinite suspension without pay* from his employment with the Navy Exchange since February 13, 2008. One of Plaintiff's contentions in this action is that the Navy Exchange violated its own regulations, and abused its authority, in depriving him of employment income. Since Plaintiff is not entitled to monetary damages in this Administrative Procedure Act case, Defendant's ex parte motion, if granted, would have the effect of exacerbating irreparable harm suffered by Plaintiff by causing him to continue in his non-pay status for an even longer period of time prior to a ruling by the Court in this matter.

Dated: June 12, 2008.

LLOYD EDWARD TOOKS

s/ **LLOYD EDWARD TOOKS**
Attorney for Plaintiff
TIMOTHY D'ANGELO