LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**CERTIFICATE OF SERVICE** |

I, LLOYD EDWARD TOOKS, declare:

1. I am an attorney at law, licensed to practice law in the courts of the State of California, and admitted to practice in the above-entitled Court. I am the attorney of record for the Plaintiff in the above-entitled action, and I am a Registered User authorized to electronically file documents in this Court.

2. On June 12, 2008, I served counsel for the defendant in this action, Assistant US Attorney Melanie A. Andrews, with the PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE MOTION TO HAVE PLAINTIFF'S SUMMARY JUDGMENT MOTION TAKEN OFF CALENDAR OR ALTERNATIVELY FOR AN

EXTENSION OF TIME TO FILE OPPOSITION TO THE SUMMARY JUDGMENT MOTION via the electronic filing and service process.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 12th day of June, 2008, at San Diego, California.

/s **<u>LLOYD EDWARD TOOKS</u>**
LLOYD EDWARD TOOKS