UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO,<br>Plaintiff,<br>v.<br>DONALD C. WINTER,<br>Defendant. | Civil No. 08CV718 JAH (LSP)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Doc. No. 4] AND DENYING AS MOOT DEFENDANT'S EX PARTE REQUEST TO HAVE MOTION FOR SUMMARY JUDGMENT TAKEN OFF CALENDAR [Doc. No. 6]** |

On April 21, 2008, Plaintiff Timothy D'Angelo filed a complaint pursuant to the Administrative Procedure Act, seeking review of actions taken by his employer, the Navy Exchange. Doc No. 1. On May 12, 2008, prior to the deadline by which Defendant must file a responsive pleading, Plaintiff filed a motion for summary judgment. Doc. No. 4. On June 12, 2008, Defendant filed a motion to dismiss for lack of subject matter jurisdiction. Doc. No. 9.

This Court deems it appropriate to address the jurisdictional issues first. Therefore, this Court **DENIES** Plaintiff's motion for summary judgment without prejudice, such that Plaintiff may renew his motion once the Court has had an opportunity to address subject matter jurisdiction. Accordingly, the hearing on Plaintiff's motion for summary judgment now scheduled for June 30, 2008 is **VACATED**.

Also, Defendant's ex parte request to have the motion for summary judgment taken off calendar is **DENIED** as moot. Doc. No. 6. Plaintiff's objection to Defendant's ex parte request

is noted. See Doc. No. 7.

DATED: June 13, 2008

JOHN A. HOUSTON
United States District Judge