LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**CERTIFICATE OF SERVICE** |

I, LLOYD EDWARD TOOKS, declare:

1. I am an attorney at law, licensed to practice law in the courts of the State of California, and admitted to practice in the above-entitled Court. I am the attorney of record for the Plaintiff in the above-entitled action, and I am a Registered User authorized to electronically file documents in this Court.

2. On July 25, 2008, I served the FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF FOR VIOLATION OF CONSTITUTIONAL RIGHTS on Special Assistant US Attorney Melanie A. Andrews, counsel for the defendant in this action, via the electronic filing and service process.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 25th day of July, 2008, at San Diego, California.

/s **LLOYD EDWARD TOOKS**
LLOYD EDWARD TOOKS