LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date: August 11, 2008<br>Time: 2:30 p.m.<br>CTRM: 11<br>Judge: Hon. John A. Houston |

In his original complaint in this action Plaintiff challenged his indefinite suspension, without pay, from his employment position with the Navy Exchange. The complaint, among other things, alleged that the suspension violated Plaintiff's constitutional right to due process. On June 12, 2008, defendant filed a motion to dismiss the complaint and this action. And on July 1, 2008, the Navy Exchange terminated Plaintiff's employment, effective July 6, 2008.

On July 25, 2008, Plaintiff filed in this action a First Amended Complaint For Equitable Relief For Violation Of Constitutional Rights that includes, but is not limited to, allegations that his termination violated his constitutional right to due process. The First Amended Complaint supercedes the original complaint and renders that complaint a

nullity and without legal effect. See *In re Wireless Telephone Federal Cost Recovery Fees Litigation,* 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect."); *B&H Medical, L.L.C. v. ABP Admin.*, 526 F.3d 257, 268, n. 8 (6th Cir. 2008).

Since the original complaint in this action is a nullity and without legal effect, defendant's motion challenging the jurisdiction of this court and the legal sufficiency of Plaintiff's claim, based on the content of that complaint, is moot.

Dated: July 28, 2008.

LLOYD EDWARD TOOKS

**/s <u>LLOYD EDWARD TOOKS</u>**
Attorney for Plaintiff
TIMOTHY D'ANGELO