LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**CERTIFICATE OF SERVICE** |

I, LLOYD EDWARD TOOKS, declare:

1. I am an attorney at law, licensed to practice law in the courts of the State of California, and admitted to practice in the above-entitled Court. I am the attorney of record for the Plaintiff in the above-entitled action, and I am a Registered User authorized to electronically file documents in this Court.

2. On July 28, 2008, I served PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS on Special Assistant US Attorney Melanie A. Andrews, counsel for the defendant in this action, via the electronic filing and service process.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 28th day of July, 2008, at San Diego, California.

/s **LLOYD EDWARD TOOKS**
LLOYD EDWARD TOOKS