UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO, Plaintiff, v. DONALD C. WINTER, Defendant. | Civil No. 08CV718 JAH (LSP)<br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DOC. NO. 9]** |

Plaintiff having filed a first amended complaint on July 25, 2008, this Court finds defendant's motion to dismiss plaintiff's original complaint moot. Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss [Doc. No. 9] is **DENIED as moot** and the hearing date of August 11, 2008 is **VACATED**.

DATED: August 4, 2008

JOHN A. HOUSTON
United States District Judge