KAREN P. HEWITT
United States Attorney
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
28 U.S.C. 543
melanie.andrews@usdoj.gov
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7460

Attorneys for Defendant
Donald C. Winter, Secretary of the Navy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>SECRETARY OF THE NAVY<br><br>Defendant. | Case No. 08cv0718 JAH (LSP)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY DEFENDANT SECRETARY OF THE NAVY<br><br>DATE: September 22, 2008<br>TIME: 2:30 pm<br>CTRM: 11<br>JUDGE: Honorable John A. Houston<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 22, 2008, at 2:30 pm, or soon thereafter as this matter can be heard in Courtroom 11 of the United States District Court, located at 940 Front Street, San Diego, California, Defendant Donald C. Winter, Secretary of the Navy will move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) (lack of jurisdiction over the subject matter) and 12(b)(6) (failure to state a claim upon which relief can be granted). Specifically, Defendant's motion to dismiss is based on the following grounds:

//

//

(1) Congress has not waived sovereign immunity for the Secretary of the Navy, in his official capacity, to be sued for alleged constitutional violations.

(2) Plaintiff Timothy D'Angelo has failed to allege a colorable constitutional claim for which relief can be granted.

This motion is based upon this notice of motion, the memorandum of points and authorities, declarations of Diana Gagnon-Hoskinson and Thomas Jacobsen, accompanying exhibits and all pleadings and upon such other matters presented to the Court at the time of the hearing.

DATED: August 5, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/Melanie A. Andrews
MELANIE A. ANDREWS
Special Assistant U.S. Attorney

Attorneys for Defendant
Secretary of the Navy