UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D'ANGELO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY<br><br>Defendant. | Case No. 08cv0718 JAH(LSP)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Melanie A. Andrews, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-titled action. I have caused service of:

Defendant's Notice of Motion to Dismiss Plaintiff's First Amended Complaint (dated 8/6/08) with accompanying Points and Authorities and exhibits

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Lloyd E. Tooks, Esquire
402 W. Broadway, 4th Floor
San Diego, CA 92101

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2008

s/Melanie A. Andrews
MELANIE A. ANDREWS