LLOYD EDWARD TOOKS [Cal. Bar No. 047203]
Attorney at Law
402 W. Broadway, 4th Floor
San Diego, CA 92101
**Mailing Address:**
P.O. Box 153096
San Diego, CA 92195-3096
(619) 264-6895
(619) 262-3310 [Facsimile]
E-Mail: lloydtooks@cox.net

Attorney for Plaintiff TIMOTHY D'ANGELO

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D'ANGELO<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER, SECRETARY OF THE NAVY,<br><br>Defendant. | CASE NO. 08 cv 0718-JAH (LSP)<br><br>**CERTIFICATE OF SERVICE** |

I, LLOYD EDWARD TOOKS, declare:

1. I am an attorney at law, licensed to practice law in the courts of the State of California, and admitted to practice in the above-entitled Court. I am the attorney of record for the Plaintiff in the above-entitled action, and I am a Registered User authorized to electronically file documents in this Court.

2. On September 8, 2008, I served PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT on Special Assistant US Attorney Melanie A. Andrews, counsel for the defendant in this action, via

the electronic filing and service process.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 8th day of September, 2008, at San Diego, California.

/s **LLOYD EDWARD TOOKS**
LLOYD EDWARD TOOKS